Joseph G. Pia, #9945, joe.pia@padrm.com
Tyson B. Snow, #10747, tsnow@padrm.com
PIA ANDERSON DORIUS REYNARD & MOSS
222 S Main Street, Suite 1830
Salt Lake City, Utah  84101
Telephone (801) 350-9000
Facsimile (801) 350-9010

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ETAGZ, INC., an Indiana Corporation,<br><br>　　　Plaintiff,<br><br>v.<br><br>DO-IT CORP., an Iowa corporation; and DOES 1-10.<br><br>　　　Defendants. | **NOTICE OF DISMISSAL**<br><br>Case No: 2:12-cv-00944-RJS<br><br>Judge Robert J. Shelby |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Etagz, Inc. ("Etagz" or "Plaintiff"), by and through its attorneys, dismisses this action against Defendants Do-It Corp. ("Do-It") and Does 1-10 (collectively, "Defendants") without prejudice.

DATED:  March 12, 2013

　　　　　　　　　　　　　　　　　　　PIA ANDERSON DORIUS REYNARD & MOSS

　　　　　　　　　　　　　　　　　　　/s/ Tyson B. Snow
　　　　　　　　　　　　　　　　　　　Joseph G. Pia
　　　　　　　　　　　　　　　　　　　Tyson B. Snow

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Etagz, Inc.*